

COWAN DEBAETS ABRAHAMS & SHEPPARD LLP

41 Madison Avenue
New York, NY 10010
t: 212 974 7474
f: 212 974 8474
www.cdas.com

SCOTT J. SHOLDER
212 974 7474
ssholder@cdas.com

JEAN ALBERT
FREDERICK P. BIMBLER
SUSAN H. BODINE
ANDREA F. CANNISTRACI
XAVIER J. CORREA
AL J. DANIEL, JR.
TIMOTHY J. DEBAETS
MATTHEW A. KAPLAN*
ELEANOR M. LACKMAN
ELLIS B. LEVINE
STEVEN MASUR
JANIS C. NELSON*
MARY E. RASENBERGER ◆
JOSHUA B. SESSLER
J. STEPHEN SHEPPARD ◆
MARC H. SIMON
KENNETH N. SWEZEY *
NANCY E. WOLFF +*

ZEHRA J. ABDI
DAVID E. ASHLEY*
JEFFREY M. LAWHORN*
DAVID J. MAZUR
SIMON N. PULMAN*
SCOTT J. SHOLDER*
JOSHUA S. WOLKOFF*

OF COUNSEL:
ANNE C. BAKER°
ROBERT I. FREEDMAN
JERROLD B. GOLD

SPECIAL COUNSEL:
ROBERT J. EPSTEIN
ALEX GIGANTE

PHILIP M. COWAN
(1943-2001)
HOWARD ABRAHAMS
(1945-1996)

★ ADMITTED IN CA
● ALSO ADMITTED IN CT
◆ ALSO ADMITTED IN DC
* ALSO ADMITTED IN NJ
○ ALSO ADMITTED IN LA
⊕ ALSO ADMITTED IN AR & DC
+ ALSO ADMITTED IN CA & PA

BEVERLY HILLS OFFICE:
9595 WILSHIRE BLVD, SUITE 900
BEVERLY HILLS, CA 90212
T: 310 492 4392 / F: 310 492 4394

February 24, 2016

**VIA ECF**
Hon. Marilyn D. Go, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    Credit Suisse (Luxembourg) S.A. v. Art Partner Inc., No. 1:15-cv-06891-RRM-MDG

Dear Judge Go:

We represent defendant Art Partner Inc. ("Defendant") in the above-captioned action. Defendant was served with the summons and complaint of plaintiff Credit Suisse (Luxembourg) S.A. ("Plaintiff") on December 7, 2015, and the original deadline to answer or otherwise respond to the complaint was on December 28, 2015. On December 23, 2015, Defendant, with Plaintiff's consent, requested that the Court extend Defendant's time to answer, move or otherwise respond to the Complaint until January 29, 2016 (see Dkt. No. 8), which the Court granted. On January 20, 2016, Defendant, again with Plaintiff's consent, requested that the Court extend Defendant's time to answer, move or otherwise respond to the Complaint until February 29, 2016 (see Dkt. No. 9), which the Court also granted.

Plaintiff has consented to a further extension of time for Defendant to answer, move, or otherwise respond to the complaint until March 29, 2016 to allow the parties to continue discussions in hopes of resolving this case. Such an extension will not affect any other dates, as no dates have yet been scheduled by the Court. Defendant hereby respectfully requests that the Court so order this third extension of time.

Respectfully submitted,

*/s/ Scott J. Sholder*
Scott J. Sholder

cc:    All Counsel (via ECF)